UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE CERNA,

                Petitioner,

- against -

THOMAS DECKER, DIRECTOR, NEW YORK
FIELD OFFICE, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, ET AL.

                Respondents.

22-cv-5865 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The petitioner is directed to submit courtesy copies of all papers filed in connection with the fully briefed petition for writ of habeas corpus.

SO ORDERED.

Dated:    New York, New York
           October 13, 2022

                                    John G. Koeltl
                             United States District Judge